ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE SHAAR FUND, LTD.,

        Plaintiff,

        v.

ATSI COMMUNICATIONS, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 07 Civ. 6960 (LAK)

STIPULATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for The Shaar Fund, Ltd. and ATSI Communications, Inc.:

        1. ATSI Communications shall serve its answer or other response to The Shaar Fund, Ltd.'s Complaint no later than January 18, 2008.

        2. If ATSI Communications moves to dismiss the complaint, The Shaar Fund shall serve its papers in opposition to the motion no later than February 18, 2008, and ATSI Communications shall serve its reply papers in support of the motion no later than March 10, 2008.

        3. If ATSI Communications includes any counterclaims in its response to the complaint, The Shaar Fund shall serve its reply or other response to the counterclaims no later than February 18, 2008.

        4. ATSI Communications shall serve its papers in opposition to The Shaar Fund's Motion for Partial Summary Judgment no later than February 18, 2008, and The Shaar Fund shall serve its reply papers in support of the motion no later than March 10, 2008.

5. All papers shall be served by email, to which the parties consent under Fed. R. Civ. P. 5(b)(2)(D).

Dated: November 13, 2007

| COVINGTON & BURLING LLP | WHITE AND WILLIAMS LLP |
|---|---|
| By: /s/ Jonathan M. Sperling | By: /s/ Sedgwick M. Jeanite |
| Jonathan M. Sperling | Sedgwick M. Jeanite |
| 620 Eighth Avenue | One Penn Plaza, Suite 1801 |
| New York, New York 10018 | New York, New York 10119 |
| *Attorneys for Plaintiff* | Thomas I. Sheridan, III |
| *The Shaar Fund, Ltd.* | HANLY CONROY BIERSTEIN & SHERIDAN LLP |
| | 112 Madison Avenue |
| | New York, New York 10016 |
| | *Attorneys for Defendant* |
| | *ATSI Communications, Inc.* |

SO ORDERED:

By: /s/
UNITED STATES DISTRICT JUDGE
11/14/07