UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
THE SHAAR FUND, LTD.,

                Plaintiff,

-against-                            07 Civ. 6960 (LAK)

ATSI COMMUNICATIONS, INC,

                Defendants.
------------------------------------x

                ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07
```

LEWIS A. KAPLAN, *District Judge.*

        This case was originally filed as related to a non-ECF case. The Court now designates this case as an ECF case.

        SO ORDERED.

Dated: November 14, 2007

                                                        Lewis A. Kaplan
                                              United States District Judge